UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TANYA LENZNER,

    Plaintiff,

v.

VON BRIESEN & ROPER SC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-133-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendant in the amount of $31,763.38 to be allocated as follows: $8,609.72 to Tanya Lenzner, $3,012.70 to Jennifer Lammers, $11,969.74 to Rebecca Landay, and $8,171.22 to Hawks Quindel, S.C. for attorney's fees and costs.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 26th day of May, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk